**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Roland Yarpah**</u>
        Plaintiff

                                            CIVIL ACTION

V.

                                            NO. <u>1:25-cv-10586-ADB</u>

<u>**Embassy Of The Republic of Liberia, et al**</u>
        Defendants

<u>**ORDER OF DISMISSAL**</u>

<u>Burroughs, D. J.</u>

     In accordance with the Court's Order dated June 23rd, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                                                 By the Court,

<u>6/23/2025</u>                                                                              <u>/s/ Caetlin McManus</u>
      Date                                                                                     Deputy Clerk